JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SERGIO LUIS LAPARRA,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. 2:23-cv-07014-PVC

**JUDGMENT**

    The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: October 25, 2023

HONORABLE JUDGE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE